SK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 17-00002-WS |
| | * | USAO NO. 16R00479 |
| v. | * | |
| | * | VIOLATION: 18 USC § 1163 |
| CAROLYN DORTCH | * | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE

From in or about 2012 to in or about 2016, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**CAROLYN DORTCH**

embezzled, stole, knowingly converted to her use and the use of another, willfully misapplied, and willfully permitted to be misapplied, the moneys, funds, credits, goods, assets, and other property belonging to an Indian tribal organization, namely, the Poarch Band of Creek Indians, and was intrusted to the custody and care of an officer, employee, and agent of the Poarch Band of Creek Indians, where the value of such property exceeded the sum of $1,000.

In violation of Title 18, United States Code, Section 1163.

KENYEN R. BROWN
UNITED STATES ATTORNEY

_____
Kenyen R. Brown
United States Attorney

JANUARY 2017

1

## PENALTY PAGE

| | |
|---|---|
| **CASE STYLE:** | UNITED STATES v. CAROLYN DORTCH |
| **DEFENDANT:** | CAROLYN DORTCH (COUNT 1) |
| **USAO NO.:** | 16R00479 |
| **AUSA:** | Sinan Kalayoglu |

**CODE VIOLATION:**

| | |
|---|---|
| **COUNT 1:** | 18 USC § 1163, Embezzlement and theft from Indian tribal organizations |

**PENALTY:**

| | |
|---|---|
| **COUNT 1:** | 5 yrs / $250,000 / 3 yrs SRT / $100 SA |